IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

**FILED**

**July 6, 1999**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

STATE OF TENNESSEE         )

             )   FOR PUBLICATION

       Appellee      )

             )   HUMPHREYS COUNTY

v.                 )

             )   HON. ROBERT E BURCH, JUDGE

JAMES R. LEMACKS      )

             )   NO.  01-S-01-9803-CR-00049

       Appellant     )

DISSENTING OPINION

Because the opinion filed by the Court of Criminal Appeals states the view I take, I respectfully dissent from the view held by the majority of my colleagues and would adopt the opinion of the Court of Criminal Appeals.

_____
ADOLPHO A. BIRCH, JR., Justice